U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

AUG 2 5 2008

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| AARON RILEY BEY | CIVIL ACTION NO. 08-cv-0250 |
| VERSUS | JUDGE STAGG |
| STATE OF LOUISIANA, ET AL | MAGISTRATE JUDGE HORNSBY |

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint is **dismissed** as frivolous, pursuant to 28 U.S.C. § 1915A(b) and this dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g).

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 25th day of August, 2008.

TOM STAGG
UNITED STATES DISTRICT JUDGE